PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 1:20-MJ-00042-SAB |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS CRIMINAL COMPLAINT |
| v. | |
| LESDY MORAN-VEGA, et al., | |
| Defendants. | |

The United States, by and through its undersigned counsel, hereby moves to dismiss without prejudice the criminal complaint in the above-captioned matter as to defendants Lesdy Moran-Vega and Felipe Serrano, in the interest of justice.

Dated: May 5, 2022                              PHILLIP A. TALBERT
                                                Acting United States Attorney

                                        By:     /s/Katherine E. Schuh
                                                KATHERINE E. SCHUH
                                                Assistant United States Attorney

\\\
\\\
\\\
\\\

**[PROPOSED] ORDER**

IT IS SO ORDERED that the criminal complaint in the above-captioned matter is dismissed without prejudice.

DATED: __5/6/2022_____, 2022       _____*Sheila K. Oberto*_____
                                        HON. SHEILA K. OBERTO
                                        UNITED STATES MAGISTRATE JUDGE